IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABABA ROBERT GILLIS,** | : | CIVIL NO. 1:13-CV-0172 |
| Petitioner | : | |
| v. | : | (Judge Rambo) |
| | : | (Magistrate Judge Blewitt) |
| **THOMAS DECKER,** *et al.,* | : | |
| Respondents | : | |

## O R D E R

Before the court is a report of the magistrate judge to whom this matter was referred in which he recommends that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. No objections to the report and recommendation have been filed.[1]

Upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt (Doc. 9).

2) The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice.

3) The Clerk of Court shall close the file.

                                               s/Sylvia H. Rambo
                                               United States District Judge

Dated: September 3, 2013.

---

[1] Objections to the July 31, 2013 report and recommendation were due no later than August 19, 2013. To date, no objections have been filed.